# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MONICA LEE, | |
| Plaintiffs, | 2:14-cv-01026-MMD-CWH |
| vs. | **ORDER** |
| THE M RESORT LLC, *et al.,* | |
| Defendants. | |

Before the court is Defendants' Motion for Waiver of Attendance at ENE Session of Representative from Insurer. (#25).

Defendants have provided sufficient reasons to allow telephonic appearance of AIG's insurance representative.

Accordingly,

IT IS HEREBY ORDERED that Defendants' Motion for Waiver of Attendance at ENE Session of Representative from Insurer (#25) is GRANTED. AIG's insurance representative with settlement authority may appear telephonically and must be available for the duration of the settlement conference on September 30, 2014.

IT IS SO ORDERED.

DATED this 18th day of September, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE